Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:          (619) 233-7770
Office Fax Number:      (619) 297-1022

Attorneys for Lynda Chounard

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Lynda Chounard | Case No: 17-cv-00086-JM-BGS |
|---|---|
| Plaintiff, | **Plaintiff's Voluntary Dismissal with Prejudice, FRCP 41(a)(1)(A)(i)** |
| v. | |
| California Business Bureau, Inc. | **Hon. Jeffrey T. Miller** |
| Defendant. | |

Plaintiff, Lynda Chounard, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), does hereby request that this court dismiss this case with prejudice.

Respectfully submitted,

**Hyde & Swigart**

Date: February 14, 2017          By: /s/Jessica R. K. Dorman
                                   Jessica R. K. Dorman
                                   Attorneys for Plaintiff